JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY BRADLEY, | Case No.: CV 19-8316-DMG (JEMx) |
| Plaintiff, | **ORDER RE STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE [19]** |
| vs. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | |
| Defendant. | |

Based upon the parties' stipulation, and for good cause shown,

IT IS HEREBY ORDERED that the above-captioned action is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter. All scheduled dates and deadlines are VACATED.

DATED: March 10, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1